# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: Karen Lucas Poole | CASE NO: 18-01760-dd |
| Karen Lucas Poole, | ADVERSARY CASE NO: 19-80030-dd |
| v. | **CERTIFICATE OF SERVICE** |
| TitleMax of South Carolina d/b/a TitleMax | **DECLARATION OF MAILING** |
| | Chapter: 13 |

On 4/25/2019, I did cause a copy of the following documents, described below,

Summons and Complaint

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, a Administrative Office of the United States Bankruptcy Courts, Approved Notice Provider. A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 4/25/2019

/s/ Jane H. Downey
Jane H. Downey
Moore Taylor Law Firm, P.A.
PO Box 5709
West Columbia, SC  29171
803 796 9160

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: Karen Lucas Poole | CASE NO: 18-01760-dd |
| Karen Lucas Poole, | ADVERSARY CASE NO: 19-80030-dd |
| v. | **CERTIFICATE OF SERVICE** |
| TitleMax of South Carolina d/b/a TitleMax | Chapter: 13 |

On 4/25/2019, a copy of the following documents, described below,
Summons and Complaint

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/25/2019

/s/ Jay S Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jane H. Downey
Moore Taylor Law Firm, P.A.
PO Box 5709
West Columbia, SC  29171

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CERTIFIED                                    CERTIFIED
7019 0140 0000 8041 5019                     7019 0140 0000 8041 5026
CT CORPORATION SYSTEM                        TITLEMAX OF SOUTH CAROLINA, INC. D/B/A
ATTN: REGISTERED AGENT FOR TITLEMAX OF       TITLEMAX
SOUTH CAROLINA, INC.                         ATTN: OFFICER OR MANAGING AGENT
2 OFFICE PARK COURT, STE. 103                15 BULL STREET, STE. 200
COLUMBIA SC 29223                            SAVANNAH GA 31401
```